IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02644-WDM-BNB

PENNY J. RAETH,

Plaintiff,

v.

BANK ONE, now BANK ONE CHASE,
or CHASE MANHATTAN BANK,
or J.P. MORGAN CHASE NATIONAL CORPORATION SERVICES, INC.,
or J.P. MORGAN CHASE & CO.,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Correct a Name or Division of "Chase" Holdings . . .** [docket no. 38, filed February 20, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.


DATED:  February 22, 2007