IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02644-WDM-BNB

PENNY J. RAETH,

Plaintiff,

v.

BANK ONE, now BANK ONE CHASE,
or CHASE MANHATTAN BANK,
or J.P. MORGAN CHASE NATIONAL CORPORATION SERVICES, INC.,
or J.P. MORGAN CHASE & CO.,
CHASE BANK USA, N.A.,

Defendants.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff:

1. **Motion for Default and Default Judgement** [Doc. #52, filed 5/1/07]; and

2. **Motion for Entry of Default Judgement** [Doc. #57, filed 5/8/07].

Separately, I have recommended that this case be dismissed without prejudice pursuant to D.C.COLO.LCivR 41.1, for failure to prosecute, insufficiency of service of process, failure to timely effect service of process as required by the Federal Rules of Civil Procedure, and failure to comply with an Order of this Court. Accordingly,

I respectfully RECOMMEND that the Motions be DENIED AS MOOT.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives

*de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. <u>In re Key Energy Resources Inc.</u>, 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. <u>United States v. One Parcel of Real Property</u>, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated January 8, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge