IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02644-WDM-BNB

PENNY J. RAETH,

Plaintiff,

v.

BANK ONE, now BANK ONE CHASE,
or CHASE MANHATTAN BANK,
or J.P. MORGAN CHASE NATIONAL CORPORATION SERVICES, INC.,
or J.P. MORGAN CHASE & CO.,
CHASE BANK USA, N.A.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff:

1. **Request for Confirmation of Proper or Acceptable Service** [Doc. #42, filed 3/5/07] wherein plaintiff seeks confirmation from the Court that she has properly served Chase Bank USA, N.A.;

2. **Motion for Extention** [sic] **of 30 Days to Properly Serve in Accordance with Judge Miller's Order . . .** [Doc. #48, filed 4/13/07] wherein plaintiff seeks a thirty day extension of time in which to serve Chase Bank USA, N.A.;

3. **Motion to Correct Location of the First Part of My Complaint From #5 of Parties Page to Be Repeated and Considered as the 1st Part of Page 1 . . . .** [Doc. #50, filed 4/30/07]; and

4. **Request for Clarification; and 30 Day Extention** [sic] **of Time** [Doc. #64, filed 7/23/07] wherein plaintiff seeks a thirty day extension of time in which to answer JPMorgan Chase & Co.'s Motion to Dismiss.[1]

I have recommended that this case be dismissed without prejudice pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute, insufficiency of service of process, failure to timely effect service of process as required by the Federal Rules of Civil Procedure, and failure to comply with an Order of this Court. Accordingly,

IT IS ORDERED that the Motions are DENIED AS MOOT.

Dated January 8, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] I note that the plaintiff filed her response on July 10, 2007 [Doc. #62].